**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6378**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLAUDE SLOAN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:18-cr-00004-JPJ-1)

Submitted:  September 24, 2020                    Decided:  September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Claude Sloan, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Sloan's motion.  *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020) (stating standard).  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Sloan*, No. 2:18-cr-00004-JPJ (W.D. Va. Mar. 6, 2020).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This ruling is limited to Sloan's appeal of the district court's March 6, 2020, order. Sloan's subsequent appeal of the district court's July 16, 2020, order remains pending.